## The People on the relation of Rier N. Goodsell and others v. William T. McKenzie Post and others.

*Highway commissioners: Rebuilding bridges: Mandamus.* Highway commissioners will not be compelled by *mandamus* to go on under the statute (*Comp. L. 1871,* § *1306*) and cause a bridge to be built in the place of one which has been destroyed, where the cost greatly exceeds the amount prescribed by the statute.

*Remedy.* Whether the proper remedy, where the cost was within the statutory sum, would not be a prosecution for misbehavior in office, rather than by *mandamus :— Quære?*

*Submitted on briefs and decided October 15.*

Application for *mandamus.*

A bridge was destroyed, and certain persons of the town petitioned the respondents, who were the highway commissioners, to rebuild the bridge. A majority of the commis-

sioners examined the matter and concluded to rebuild, and took the preliminary steps to cause a contract to be let at a public bidding. Two only of the commissioners attended at the bidding. Several bidders attended and made bids, but the commissioners in attendance, finding that the cost would be some twenty-five hundred dollars, declined to go further, and have refused to cause the bridge to be built. The relators, private citizens, now ask a *mandamus* to compel the commissioners to proceed and cause the bridge to be built. But two of the commissioners have made any showing by way of return.

*Norris, Blair & Kingsley,* for relators.

No counsel appeared for respondents.

THE COURT held that whether or not, if but one thousand dollars would be required, the commissioners would have been fixed with a legal duty to rebuild, which ought to be enforced by *mandamus*, or whether the proper remedy would not have been a prosecution for misbehavior in office, it is clear that as the statute (*Comp. L. 1871,* § *1306*) requires the commissioners to go on in such a case as this only when the expense would not exceed one thousand dollars, no such legal duty would arise where the expense, as in this case, would greatly exceed that sum.

*Mandamus* denied, with costs against the relators.